No. 24-3116

In the
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

MINNESOTA CHAPTER OF ASSOCIATED BUILDERS AND
CONTRACTORS; NATIONAL FEDERATION OF INDEPENDENT
BUSINESS, INC.; LAKETOWN ELECTRIC CORPORATION
*Plaintiffs - Appellees*

v.

KEITH M. ELLISON, in his official capacity as Attorney General of
Minnesota; NICOLE BLISSENBACH, in her official capacity as
Commissioner of the Minnesota Department of Labor and Industry;
TIMOTHY WALZ, in his official capacity as Governor of the State of
Minnesota
*Defendants - Appellants*

On Appeal from the United States District Court for the District of Minnesota
No. 24-cv-536, The Honorable Katherine M. Menendez

UNOPPOSED MOTION OF THE CHAMBER OF COMMERCE OF THE UNITED
STATES OF AMERICA, NATIONAL ASSOCIATION OF WHOLESALER-
DISTRIBUTORS, THE NATIONAL RETAIL FEDERATION, AND THE COALITION
FOR A DEMOCRATIC WORKPLACE FOR LEAVE TO PARTICIPATE IN ORAL
ARGUMENT

Bryan Killian
Andrew R. Hellman
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
T: (202) 739-3000

*Counsel for* Amici Curiae

[Additional Counsel Listed On Inside Cover]

Appellate Case: 24-3116    Page: 1    Date Filed: 04/11/2025 Entry ID: 5505513

Stephanie A. Maloney
Jordan L. Von Bokern
U.S. CHAMBER LITIGATION
  CENTER
1615 H Street, NW
Washington, DC 20062
T: (202) 463-5337

*Counsel for the Chamber of
Commerce of the United States
of America*

Karen R. Harned
NATIONAL ASSOCIATION OF
  WHOLESALER-DISTRIBUTORS
1325 G Street NW, Ste. 1000
Washington, DC 20005
T: (202) 886-4651

*Counsel for National
Association of Wholesaler-
Distributors*

# CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Appellate Procedure 26.1 and Local Appellate Rule 26.1A, the Chamber of Commerce of the United States of America, National Association of Wholesaler-Distributors, the National Retail Federation, and the Coalition for a Democratic Workplace state that they are not publicly held corporations, that they do not have parent corporations, and that no publicly held corporation owns 10% or more of their stock.

# MOTION BY AMICI FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT

The Chamber of Commerce of the United States of America, National Association of Wholesaler-Distributors, the National Retail Federation, and the Coalition for a Democratic Workplace (collectively, "Amici") respectfully move, under Federal Rule of Appellate Procedure 29(a)(8), for leave to participate in oral argument. The reasons for this request are as follows:

1. This case involves a pre-enforcement challenge to an unconstitutional state labor law, where the state officers are now tactically disavowing enforcement. Amici represent scores of employers who are harmed by this law and similar laws and thus have a substantial interest in the resolution of this (and related) litigation and in discouraging such gamesmanship, intended to evade judicial review.

2. The question of how courts should evaluate a disavowal of enforcement submitted after plaintiffs file a federal complaint challenging the constitutionality of a state law is important. Its resolution has significant implications for Amici, who are facing a broader trend of state and local official defendants attempting to evade judicial

review by casting doubt on and even disclaiming enforcement, and thus have an interest in the proper resolution of this appeal that extends beyond the particular interests of the individual parties to this case.

3. In light of these significant interests, Amici submitted an amicus brief in this appeal supporting Plaintiffs-Appellees. Amici focused their brief on the contention that courts should assess disavowals in accordance with the well-established mootness framework, which generally applies to all sorts of post-complaint events and actions that arguably eliminate the case or controversy that existed at the time of filing. The same interests support Amici counsel's participation in oral argument.

4. Amici can bring significant expertise to bear on an important question presented by this appeal based on Amici's broader experience with state officers' tactical disavowals of enforcement. Amici can speak in detail on the proper framework for evaluating such disavowals both in this case and beyond.

5. At the same time, Amici will not interject any issues into this appeal that are not already raised by the parties. Defendants-Appellants have argued that Minnesota officials' purported disavowals

of intent to enforce the law at issue here preclude review of that law. It is those disavowals that Amici seek to address. Amici's participation at oral argument thus would not prejudice Defendants-Appellants.

6. Amici have consulted with counsel for Plaintiffs-Appellees, who do not oppose this motion and who have agreed to allocate 5 minutes of their time to Amici, and with counsel for Defendants-Appellants, who take no position on this motion.

7. Amici's counsel currently has no scheduling conflicts during the weeks of May 12–16 and June 9–13, so permitting Amici to participate in oral argument should not delay the Court's timely consideration of this appeal.

Respectfully submitted,

s/ Bryan Killian

Stephanie A. Maloney
Jordan L. Von Bokern
U.S. CHAMBER LITIGATION
  CENTER
1615 H Street, NW
Washington, DC 20062
T: (202) 463-5337

Bryan Killian
Andrew R. Hellman
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
T: (202) 739-3000
bryan.killian@morganlewis.com

*Counsel for* Amici Curiae

*Counsel for the Chamber of Commerce of the United States of America*

Karen R. Harned
NATIONAL ASSOCIATION OF
  WHOLESALER-DISTRIBUTORS
1325 G Street NW, Ste. 1000
Washington, DC 20005
T: (202) 886-4651

*Counsel for National Association of Wholesaler-Distributors*

April 11, 2025

# CERTIFICATE OF COMPLIANCE

This document complies with the length limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 453 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in Century Schoolbook 14-point font, a proportionally spaced typeface.

In accordance with Circuit Rule 28A(h)(2), I certify that this brief has been scanned for viruses and is virus-free.

s/ Bryan Killian

# CERTIFICATE OF SERVICE

I certify that, on this April 11, 2025, I electronically filed UNOPPOSED MOTION OF THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS, THE NATIONAL RETAIL FEDERATION, AND THE COALITION FOR A DEMOCRATIC WORKPLACE FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT with the Clerk for the United States Court of Appeals for the District of Columbia Circuit. I used the Court's CM/ECF system, which serves registered CM/ECF users. All attorneys in this case are registered CM/ECF users and were served accordingly.

s/ Bryan Killian