# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 24-3116

Minnesota Chapter of Associated Builders and Contractors, et al.

Appellees

v.

Keith M. Ellison, in his official capacity as Attorney General of Minnesota, et al.

Appellants

------------------------------

Chamber of Commerce of the United States of America, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-00536-KMM)

---

**ORDER**

The petition for rehearing en banc is denied. The petition for panel rehearing is also denied.

Judge Loken, Judge Shepherd, and Judge Grasz would grant the petition for rehearing en banc.


November 03, 2025



Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Susan E. Bindler